**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSHUA GREEN, derivatively on behalf of BELLRING BRANDS, INC.,

Plaintiff,

v.

DARCY HORN DAVENPORT, SHAWN CONWAY, THOMAS ERICKSON, JENNIFER KUPERMAN JOHNSON, CHONDA NWAMU, ELLIOTT STEIN, JR., ROBERT VITALE, and PAUL RODE,

Defendants,

-and-

BELLRING BRANDS, INC.,

Nominal Defendant.

Civil Action No. 1:26-cv-02011

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Joshua Green ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 17, 2026

**ROWLEY LAW PLLC**

*S/ Shane T. Rowley*

Shane T. Rowley (SR-0740)
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
Email: drl@rowleylawpllc.com

*Attorneys for Plaintiff*

SO ORDERED

JSR
3-17-26